UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-Mj-04199-Louis

UNITED STATES OF AMERICA

v.

VICTOR ADOM TANDOH,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No.

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No.

4. Did this matter involve the participation of or consultation now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No.

                        Respectfully submitted,

                        MARKENZY LAPOINTE
                        UNITED STATES ATTORNEY

By:   /s/ Nicholas Y. Carré
       Nicholas Y. Carré
       Assistant United States Attorney
       FL Bar No. 1022177
       99 NE 4th Street
       Miami, Florida 33132
       Telephone: (305) 961-9189
       Email: Nicholas.Carre@usdoj.gov

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

VICTOR ADOM TANDOH,

CRIMINAL COMPLAINT

CASE NUMBER: 1:24-MJ-04199-Louis

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 13, 2024, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, VICTOR ODOM TANDOH, did, in a matter within the jurisdiction of the executive branch of the United States, knowingly and willfully make or use any false writing or document knowing the same to contain a materially false, fictitious or fraudulent entry or statement as to a material fact, in violation of Title 18, United States Code, Section 1001(a)(3).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about October 13, 2024, the defendant arrived at Miami International Airport aboard Royal Air Maroc Airlines Flight #204 from Casablanca, Morocco. At CBP primary inspection, the defendant presented a Ghanian passport, a United States C1/D (transit/crewmember) Visa, and an employment letter from Carnival Cruise Line for examination and entry into the United States. The employment letter purported to guarantee the defendant employment aboard a Carnival Cruise Line Ship at the port of Miami. The defendant was referred to CBP passport control secondary for admissibility review and determination.

During an examination of the defendant's travel documents, CBP Officers discovered that the employment letter presented by the defendant was not genuine. CBP officers contacted Carnival Cruise Line to verify the defendant's employment as stated on the employment letter. Carnival Cruise Line representatives indicated that the defendant was not employed by Carnival Cruise Line. During an administrative interview, CBP Officers presented its findings to the defendant. The defendant, under oath, then admitted that he paid approximately $500.00 to a third-party on the social media platform, Facebook, for the employment letter. He further admitted that he knew the employment letter was fraudulent. The defendant also stated that he had never applied for any job with Carnival Cruise Line and had never received an employment letter or employment contract from Carnival Cruise Line.

JESUS CORREA, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me and signed in my presence.

__10/15/24__ at Miami, Florida
Date                                              City and State

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer